

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00299-CV

IN THE INTEREST OF J.L.F., A CHILD

On Appeal from the 286th District Court
Hockley County, Texas
Trial Court No. 16-11-24842, Honorable Pat Phelan, Presiding

August 21, 2018

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, J.F., attempts to appeal an order terminating his parental rights. We dismiss the appeal for want of jurisdiction.

The trial court signed the order of termination on June 26, 2018. Because parental-termination appeals are accelerated appeals, J.F.'s notice of appeal was due within twenty days, by July 16, 2018. *See* TEX. R. APP. P. 28.4 (accelerating appeals in parental-termination cases); 26.1(b) (requiring a notice of appeal to be filed within twenty days after the judgment or order is signed in an accelerated appeal). This deadline could have been extended by fifteen days to July 31, 2018, had J.F. filed a notice of appeal and a motion for extension of time within the fifteen-day extension period. *See* TEX. R. APP. P.

26.3, 10.5(b); *see also Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (implying a motion for extension when an appellant tenders a notice of appeal within fifteen days after the notice deadline). J.F. filed a notice of appeal on August 1, 2018, and a motion to extend the time to file a notice of appeal on August 6. Because J.F. filed his notice of appeal after the fifteen-day extension period had expired, we must deny his motion for extension of time. *See* TEX. R. APP. P. 26.3.

As J.F.'s late notice of appeal failed to invoke the jurisdiction of this court, we dismiss the appeal for want of jurisdiction. TEX. R. APP. P. 42.3(a).

Per Curiam